JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT FOX, Warden,<br><br>　　　　　Respondent. | Case No. 2:18-cv-00074-DSF (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: June 4, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE